# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-1891
_____

Glenda Brunk

*Plaintiff - Appellant*

v.

Conseco Bank, Inc.; U.S. Bank, N.A., As Trustee for Conseco Finance Home
Equity Loan Trust 2002-a

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau
_____

Submitted: February 10, 2022
Filed: February 15, 2022
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges
_____

PER CURIAM.

Missouri resident Glenda Brunk appeals following the district court's[1] adverse grant of summary judgment in her pro se action raising claims under Missouri state law and the Truth in Lending Act. After careful review, we conclude that the district court did not err in granting summary judgment. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (reviewing grant of summary judgment de novo). Additionally, we conclude that the district court did not abuse its discretion in denying Brunk's motion for reconsideration. See United States v. Metro. St. Louis Sewer Dist., 440 F.3d 930, 933, 935 (8th Cir. 2006) (abuse of discretion review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri